NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN ROMAN,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2022-1015

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00040-BAF, Senior Judge Bohdan A. Futey.

---

PER CURIAM.

**O R D E R**

Upon consideration of Juan Roman's submission docketed as ECF No. 14,

IT IS ORDERED THAT:

ECF No. 14 is accepted for filing as Mr. Roman's

informal response brief with a supplemental appendix.

FOR THE COURT

May 24, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court