# United States Court of Appeals
# for the Federal Circuit

---

**JUAN ROMAN,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2022-1015

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00040-BAF, Senior Judge Bohdan A. Futey.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

March 9, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court